## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JULIAN PEACOCK, et al.** | * | |
|     **Plaintiffs** | | |
| **v.** | * | **CASE NO. 12-cv-02867 CCB** |
| | | |
| **PENINSULA REGIONAL** | * | |
|   **MEDICAL CENTER, et al.** | | |
| | * | |
|     **Defendants** | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiffs' Complaint shall be dismissed in its entirety and with prejudice as to all claims asserted in this matter against all Defendants: Peninsula Regional Medical Center, Peninsula Regional Health System, Inc., John R. McLean, M.D., and John R. McLean, M.D. and Associates.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Richard V. Falcon – Bar No. 01739 | John Penhallegon – Bar # 010546 |
| richard.falcon@mfmrk.com | jpenhallegon@cbprlaw.com |
| Mary McNamara Koch – Bar No. 26591 | Cornblatt, Bennett, Penhallegon & Roberson |
| mary.koch@mfmrk.com | 100 W. Pennsylvania Ave., Suite 100 |
| Pamela J. Diedrich – Bar. No. 26555 | Towson, MD 21204 |
| pam.diedrich@mfmrk.com | Tel: 410-468-1385 |
| Murphy, Falcon & Murphy | Fax: 410-296-2425 |
| One South Street, 23rd Floor | *Counsel for Peninsula Regional Medical* |
| Baltimore, Maryland 21202 | *Center and Peninsula Regional Health* |
| Tel:  410-951-8744 | *System, Inc.* |
| Fax: 410-539-6599 | |
| *Counsel for Plaintiffs* | |

_____/s/_____
Thomas Marriner – Bar # 12914
Cowdrey Thompson PC
130 N. Washington Street
Easton, MD 21601
Tel: 410-822-6800
*Counsel for John R. McLean, M.D., and
John R. McLean, M.D. & Associates*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2014, a copy of the foregoing

Stipulation of Dismissal with Prejudice was electronically served on:


Thomas Marriner, Esquire
Cowdrey Thompson PC
130 N. Washington Street
Easton, MD 21601
*Counsel for John R. McLean, M.D., and John
R. McLean, M.D. & Associates*

John Penhallegon, Esquire
Cornblatt, Bennett, Penhallegon & Roberson
100 W. Pennsylvania Ave., Suite 100
Towson, MD 21204
*Counsel for Peninsula Regional Medical
Center, Peninsula Regional Health System,
Inc.*




_____/s/_____
Pamela J. Diedrich




2